UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ALBERT PATTERSON, d/b/a WORLD
WRESTLING ASSOCIATION, d/b/a
SUPERSTARS OF WRESTLING, INC.
and d/b/a W.W.A. SUPERSTARS,
               Plaintiff,

vs.                                        Case No. 04-C-0192

TVN ENTERTAINMENT CORPORATION,
GENERAL COMMUNICATIONS, INC.,     Magistrate Judge William E. Callahan
EBATES SHOPPING.COM, INC.,
MUSCATINE POWER & WATER (MPW)
CABLE, AMAZON.COM, INC.,
EPINIONS.COM, PPVN NETWORK
HOLDING, INC., PAY-PER-VIEW
NETWORK, INC., TNA ENTERTAINMENT,
L.L.C. and MUZE, INC.,

               Defendants.

**DEFENDANT TNA ENTERTAINMENT'S CERTIFICATE OF INTEREST**

The undersigned, counsel of record for Defendant TNA Entertainment, LLC furnishes the following list in compliance with General Local Rule 83.9:

1. The full name of every party represented by the undersigned is TNA Entertainment, LLC.

2. (i) TNA Entertainment, LLC's parent corporation is Panda Ventures, LLC;

   (ii) There are no corporate stockholders which are publicly held companies owning 10 percent or more of the stock of TNA Entertainment, LLC.

3. Mika Meyers Beckett & Jones, PLC and Whyte Hirschboeck Dudek S.C., by their partners and associates, will appear for TNA Entertainment, LLC.

MKE/935193.1

Dated: May 7, 2004               Respectfully submitted,


                                 By:   s/ Andrew A. Jones
                                       Daryl L. Diesing, State Bar No. 1005793
                                       Andrew A. Jones, State Bar No. 1023074
                                       WHYTE HIRSCHBOECK DUDEK S.C.
                                       555 East Wells Street
                                       Suite 1900
                                       Milwaukee, WI 53202
                                       Telephone: 414-273-2100
                                       Facsimile: 414-223-5000
                                       E-mail:    nfishbach@whdalw.com
                                                  knowakowski@whdlaw.com

                                       Douglas A. Donnell (P33187)
                                       Jennifer A. Puplava (P58949)
                                       MIKA MEYERS BECKETT & JONES, PLC
                                       900 Monroe Avenue, N.W.
                                       Grand Rapids, MI 49503
                                       Telephone: 616-632-8000
                                       Facsimile: 616-632-8002
                                       E-mail:    ddonnell@mmbjlaw.com
                                                  jpuplava@mmbjlaw.com

                                       Attorneys for Defendant TNA Entertainment,
                                       LLC