UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ALBERT PATTERSON, d/b/a WORLD WRESTLING ASSOCIATION, d/b/a SUPERSTARS OF WRESTLING, INC. and d/b/a W.W.A. SUPERSTARS,<br>　　　　　　　Plaintiff,<br>　vs.<br><br>TVN ENTERTAINMENT CORPORATION, GENERAL COMMUNICATIONS, INC., EBATES SHOPPING.COM, INC., MUSCATINE POWER & WATER (MPW) CABLE, AMAZON.COM, INC., EPINIONS.COM, PPVN NETWORK HOLDING, INC., PAY-PER-VIEW NETWORK, INC., TNA ENTERTAINMENT, LLC and MUZE, INC.,<br><br>　　　　　　　Defendants. | Case No. 04-C-0192<br><br>Magistrate Judge William E. Callahan |

**DEFENDANT TNA ENTERTAINMENT, LLC'S MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

　　NOW COMES Defendant, TNA Entertainment, LLC, by and through its attorneys, and moves this Honorable Court for entry of an Order dismissing Plaintiff's claims against it on the basis of lack of personal jurisdiction over this Defendant. This Motion is made pursuant to F.R.Civ.P. 12(b)(2). Defendant TNA submits the accompanying Brief and Affidavit in support of its Motion, setting forth the facts and legal support for the dismissal requested.

　　WHEREFORE, Defendant respectfully requests entry of an order dismissing Plaintiff's claims against it for lack of personal jurisdiction over Defendant, and awarding costs, attorney fees, and other relief as the Court may deem just and equitable.

MKE/935011.1

Dated: May 7, 2004  Respectfully submitted,


By: ‎ s/ Andrew A. Jones
    Daryl L. Diesing, State Bar No. 1005793
    Andrew A. Jones, State Bar No. 1023074
    WHYTE HIRSCHBOECK DUDEK S.C.
    555 East Wells Street
    Suite 1900
    Milwaukee, WI 53202
    Telephone: 414-273-2100
    Facsimile: 414-223-5000
    E-mail: ddiesing@whdlaw.com
            ajones@whdlaw.com

    Douglas A. Donnell (P33187)
    Jennifer A. Puplava (P58949)
    MIKA MEYERS BECKETT & JONES, PLC
    900 Monroe Avenue, N.W.
    Grand Rapids, MI 49503
    Telephone: 616-632-8000
    Facsimile: 616-632-8002
    E-mail: ddonnell@mmbjlaw.com
            jpuplava@mmbjlaw.com

    Attorneys for Defendant TNA Entertainment, LLC