# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

SOFRON B. NEDILSKY
CLERK

TEL:  414-297-3372
FAX:  414-297-3203
*www.wied.uscourts.gov*

May 27, 2004

Mr. Andrew A. Jones
Attorney at Law
555 E. Wells Street - Ste 1900
Milwaukee, WI 53202-3819

Mr. Matthew J. Duchemin
Attorney at Law
411 E. Wisconsin Avenue - Ste 2040
Milwaukee, WI 53202-4497

Mr. Douglas A. Donnell
Attorney at Law
900 Monroe Avenue NW
Grand Rapids, MI 49503

Mr. Robert J. Lent
Attorney at Law
1875 Century Park East - Ste 1700
Los Angeles, CA 90067

Re:    <u>Patterson v. TVN Entertainment, et al.</u>
Case No. 04-C-0192

Dear Counsel:

As of today's date, this office has not received your response to the "Consent/Refusal to Proceed Before a U.S. Magistrate Judge" form which you should have received at the time of case filing or upon service of this action.

If you have not yet submitted this form, please file it electronically on or before June 7, 2004.

Very truly yours,

SOFRON B. NEDILSKY
Clerk of Court

s/ Rita Zvers
Deputy Clerk

cc: Charles D. Boutwell, Esq.