UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ALBERT PATTERSON

    Plaintiff,

v.                                            Case No. 04-C-0192

TVN ENTERTAIMENT CORPORATION, et al.,

    Defendants.

## CONSENT OF DEFENDANT TNA ENTERTAINMENT
## TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

In accordance with 28 U.S.C. §636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, the undersigned counsel of record consents to have Magistrate Judge William E. Callahan conduct all proceedings in this case, including a bench or jury trial, and order the entry of final judgment.

Dated: June 2, 2004                          Respectfully submitted,

                                                          By:   s/ Andrew A. Jones
                                                          Daryl L. Diesing, State Bar No. 1005793
                                                          Andrew A. Jones, State Bar No. 1023074
                                                          WHYTE HIRSCHBOECK DUDEK S.C.
                                                          555 East Wells Street
                                                          Suite 1900
                                                          Milwaukee, WI 53202
                                                          Telephone: 414-273-2100
                                                          Facsimile: 414-223-5000
                                                          E-mail:    ddiesing@whdalw.com
                                                                                  ajones@whdlaw.com

                                                          Douglas A. Donnell (P33187)
                                                          Jennifer A. Puplava (P58949)
                                                          MIKA MEYERS BECKETT & JONES, PLC
                                                          900 Monroe Avenue, N.W.
                                                          Grand Rapids, MI 49503
                                                          Telephone: 616-632-8000
                                                          Facsimile: 616-632-8002
                                                          E-mail:    ddonnell@mmbjlaw.com
                                                                                  jpuplava@mmbjlaw.com

                                                          Attorneys for Defendant TNA Entertainment, LLC