UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ALBERT PATTERSON, D/B/A WORLD
WRESTLING ASSOCIATION, D/B/A
SUPERSTARS OF WRESTLING, INC. AND
D/B/A W.W.A. SUPERSTARS,

        Plaintiff,

vs.

TVN ENTERTAINMENT CORPORATION,
GENERAL COMMUNICATIONS, INC.,
EBATES SHOPPING.COM, INC., MUSCATINE
POWER & WATER (MPW) CABLE,
AMAZON.COM, INC., EPINIONS.COM, PPVN
NETWORK HOLDING, INC., PAY-PER-VIEW
NETWORK, INC., TNA ENTERTAINMENT,
L.L.C. AND MUZE, INC.,

        Defendants.

Case No. 04-CV-192

Magistrate Judge William E. Callahan

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2004, I electronically filed Defendant TNA Entertainment LLC's Reply Brief in Support of Motion to Dismiss and accompanying Affidavit of Frank Romano with the Clerk of Court by using the ECF system which will send notification of such filing to:

    drc@quarles.com, js2@quarles.com
    ddiesing@whdlaw.com, ewiorkowski@whdlaw.com
    md9@quarles.com

I further certify that I served the above listed pleadings on the following on November 5, 2004 by U.S. Mail, first class postage prepaid:

| | |
|---|---|
| Charles D. Boutwell | Douglas A. Donnell |
| Boutwell Law Office | Jennifer A. Puplava |
| 3075 Plum Island Drive | Mika Meyers Beckett & Jones |
| Northbrook, IL  60062 | 900 Monroe Avenue NW |
| | Grand Rapids, MI  49503 |

MKE/985515.1

Robert J. Lent
Lent Baker & Sussman
1875 Century Park East, Suite 1700
Los Angeles, CA 90067

Dated: 11/5/04   s/ Andrew A. Jones
ANDREW A. JONES
WHYTE HIRSCHBOECK DUDEK S.C.
Attorneys for Defendant, TNA Entertainment LLC
555 East Wells Street, Suite 1900
Milwaukee, WI 53202
(414) 273-2100
ajones@whdlaw.com