

Whyte Hirschboeck Dudek S.C.

ANDREW A. JONES
(414) 978-5445
ajones@whdlaw.com

U.S. DISTRICT COURT
EASTERN DISTRICT-WI

'04 DEC -1 A9:05

SOFRON B. NEDILSKY, CLERK
MAIL-REC'D

November 29, 2004

Ms. Rita Zvers
Deputy Clerk
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re: **Albert Patterson v. TVN Entertainment Corporation, et al.**
**Case No. 04-C-0192 (E.D. Wis.)**

Dear Ms Zvers:

I write in advance of the telephone status conference scheduled for 9:30 a.m. on December 3, 2004 to notify the Court that Douglas A. Donnell will appear on behalf of TNA Entertainment LLC at the conference. Accordingly, I do not intend to participate in the conference. Mr. Donnell's direct telephone number is (616) 632-8035. Also, I note that Mr. Donnell understands that the conference will take place at 9:30 a.m. C.S.T. (10:30 a.m. his time).

Thank you for your attention to the foregoing.

Respectfully submitted,

Andrew A. Jones

AAJ/mlw
cc: Mr. Charles C. Boutwell
Mr. Douglas A. Donnell