UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ALBERT PATTERSON d/b/a World
Wrestling Association, d/b/a Superstars
of Wrestling, d/b/a WWA Superstars,

        Plaintiff,

v.

        Case No. 04-C-0192

TNA ENTERTAINMENT LLC,

**MINUTE SHEET**

        Defendant.

---

**Hon. William E. Callahan, Jr., presiding.**  **Deputy Clerk:** Rita Z.

**Type of proceeding:** Scheduling Conference

**Date:** January 25, 2005  **Court Reporter:**

**Time Commenced:** 9:51:56  **Time Concluded:** 10:06:42

**Appearances:**  **Plaintiff:** Charles Drake Boutwell (No Appearance)

        **Defendant:** ~~Andrew A. Jones and~~ Douglas A. Donnell (616-632-8035)

**Comments:**

Amended pleadings deadline: _____

The plaintiff shall disclose expert witnesses by: April 1, 2005
The defendant shall disclose expert witnesses by: May 16, 2005
All discovery is to be completed by: July 1, 2005
All dispositive pretrial motions (in accordance with Local Rule 6) by: July 11, 2005
The court will conduct a settlement conference on: _____
Pretrial Order given on: _____
Final Pretrial will be conducted on: _____
A jury trial/trial to the court will be conducted on: _____
Length of trial (estimate): _____

**Disposition:** CC (SC) PT FP HRG TIC Mon. July 18, 2005 at 9:00am.
**Additional Comments:** If motions are pending, the scheduling conference will be cancelled.