UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ALBERT PATTERSON, d/b/a WORLD WRESTLING ASSOCIATION, d/b/a SUPERSTARS OF WRESTLING, INC. and d/b/a W.W.A. SUPERSTARS, <br><br> Plaintiff, <br> vs. <br><br> TVN ENTERTAINMENT, LLC, <br><br> Defendant. | Case No. 04-C-0192 <br><br> Magistrate Judge <br> William E. Callahan |

## DECLARATION OF NEIL P. JANSEN

**NEIL P. JANSEN** declares, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the following is true and correct:

1. Exhibit A to this Declaration is a true and correct copy of the May 6, 2004 Affidavit of Frank Romano. The original was previously filed with this Court.

2. Exhibit B to this Declaration is a true and correct copy of the Interrogatories and Requests for Production of Documents served upon Plaintiff's counsel by this office on February 11, 2005.

3. Exhibit C to this Declaration is a true and correct copy of the Requests for Admissions served by this office on Plaintiff's counsel on February 11, 2005.

4. Exhibit D to this Declaration is a true and correct copy of Jane E. Blakemore's Proof of Service, confirming that Exhibits B and C were served on Plaintiff's counsel on February 11, 2005.

5. If called as a witness, I can testify truthfully to the statements set forth above.

Dated this 20th day of May, 2005.

_____
Neil P. Jansen