IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| ALBERT PATTERSON d/b/a | ) | |
| WORLD WRESTLING ASSOCIATION, | ) | |
| SUPERSTARS OF WRESTLING, INC. and | ) | |
| d/b/a W.W.A. SUPERSTARS | ) | |
| | ) | |
| Plaintiff | ) | No. 04 C 0192 |
| | ) | |
| v. | ) | |
| | ) | |
| TVN ENTERTAINMENT CORPORATION, | ) | JURY TRIAL DEMANDED |
| GENERAL COMMUNICATIONS, INC., | ) | |
| EBATES SHOPPING.COM, INC., | ) | |
| MUSCATINE POWER & WATER (MPW) CABLE) | | MAGISTRATE JUDGE |
| AMAZON.COM, INC., EPINIONS.COM | ) | WILLIAM E. CALLAHAN |
| PPVN NETWORK HOLDING, INC. | ) | |
| PAR-PER-VIEW NETWORK. INC. | ) | |
| TNA ENTERTAINMENT, LL.C. and | ) | |
| MUZE, INC. | ) | |
| Defendants | ) | |

## PLAINTIFF'S FRCP 26(a)(1) & (2) DISCLOSURES

To: Douglas A. Donnell and Jenifer A. Puplava
MIKA MEYERS BECKETT & JONES, PLC.
900 Monroe Ave.
Grand Rapids, MI 49503

Pursuant to FRCP 26(a) (1) and (2) , Plaintiff. Albert Patterson d/b/a
WORLD WRESTLING ASSOCIATION, SUPERSTARS OF WRESTLING, INC. and
d/b/a W.W.A. SUPERSTARS, discloses the following information. Patterson has not
completed his discovery or investigation in this case. The responses herein are based
on information presently known to Patterson, and Patterson reserves the right to
produce or introduce at trial any and all new information that may subsequently be
found through investigation or discovery.

## DISCLOSURES

Pursuant to FRCP 26(a)(1), Plaintiff may use the following persons at trial to present

1

EXHIBIT
1

evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence:

Rule 26(a)(1)(A) Individuals likely to have discoverable information.
     The people having knowledge as to the allegations in the complaint are:
     Albert Patterson, plaintiff who can be contacted through counsel.
     Other individuals with knowledge include:
     Harold Naboisek, master of ceremonies at wrestling events.
     Jeff May, wrestling entertainer.
     Jessie Reed
     Peter Graves is a technician that works with Mr. Patterson to prepare videos of the events
performed by the WORLD WRESTLING ASSOCIATION of his wrestling events.
     Lavelle Nash will testify that in 1992 he started video taping interviews by the WORLD
WRESTLING ASSOCIATION with the wrestling performers.
     Messers Naboisek, May, Reed, Graves and Nash may be contacted through plaintiff's counsel
for their depositions. These individuals have knowledge of plaintiff's early and first use of the marks.
Jeff May was an early Superstar of Wrestling and does special events and Harold Nabiosek was an
early announcer and still performs this role. Jessie Reed is the Treasurer of the World Wrestling
Association, Superstars of Wrestling , Inc.

     Frank Romano and Jeff Jarrett may have discoverable information.

Rule26(a)(1)(B) Documents relevant to the allegations in the pleadings.

All documents attached to the complaint as Exhibits.  There are thousands of documents
relevant to the litigation and to the extent those documents may be produced (are not
subject to a protective order), they are immediately available to defendant TNA for
inspection and or photocopy.

Rule 26(a((1)(C) The computation of damages will be made on the basis of the Plan
documents and the participants service records.  No such documents specifically
calculating the damages are in the possession or control of the plaintiff at this time.

Rule 26(a((1)(D) No insurance documents are in the possession of the plaintiff.

Pursuant to FRCP 26(a)(2), Plaintiff may use the following persons at trial to present
evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence:
Dennis Ward.

 Investigation continues.

Dated: April 27, 2005

2

ALBERT PATTERSON

By:

His Attorney

CHARLES DRAKE BOUTWELL
3075 Plum Island Drive
Northbrook, Illinois  60062
847-272-2126
847-272-2275 [Facsimile]

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on April 27, 2005, he caused a copy

of the foregoing **PLAINTIFF'S RULE 26(A) (1)& (2) DISCLOSURES** to be served by

regular U. S. Mail upon the following to:

Douglas A. Donnell and Jenifer A. Puplava
MIKA MEYERS BECKETT & JONES, PLC.
 900 Monroe Ave.
Grand Rapids, MI 49503

By:

His Attorney

3