

Whyte Hirschboeck Dudek S.C.

ANDREW A. JONES
(414) 978-5445
ajones@whdlaw.com

September 7, 2005

Hon. William E. Callahan, Jr.
Magistrate Judge
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI  53202

      **Re:    Albert Patterson v. TVN Entertainment Corporation, et al.**
            **Case No. 04-C-0192 (E.D. Wis.)**

Dear Judge Callahan:

      This letter is to confirm the telephone call of earlier this afternoon between your clerk, Douglas Donnell, and Charles Boutwell.  Specifically, this letter is to confirm that the parties have reached an agreement in principle to settle the above-referenced action.  Accordingly, the parties request that the telephone conference scheduled for 9:00 a.m. tomorrow, September 8, 2005, be removed from the calendar.  The parties anticipate that they will be in a position to file a formal stipulation and order for the dismissal of this action within the next 30 days.

      Thank you for your attention to the foregoing.

                        Respectfully submitted,

                        Andrew A. Jones

AAJ/mlw
cc:    (via facsimile)
        Mr. Charles D. Boutwell
        Mr. Douglas A. Donnell

MKE/1067940.1

555 EAST WELLS STREET | SUITE 1900 | MILWAUKEE, WI 53202-3819 | TEL 414 273 2100 | FAX 414 223 5000 | WWW.WHDLAW.COM
OFFICES IN MILWAUKEE, MADISON AND MANITOWOC, WI

Case 2:04-cv-00192-WEC    Filed 09/07/05    Page 1 of 1    Document 86