

# Whyte Hirschboeck Dudek S.C.

ANDREW A. JONES
(414) 978-5445
ajones@whdlaw.com

October 12, 2005

Hon. William E. Callahan, Jr.
Magistrate Judge
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

    Re:    Albert Patterson v. TVN Entertainment Corporation, et al.
            Case No. 04-C-0192 (E.D. Wis.)

Dear Judge Callahan:

     As this Court will recall, the parties reported to the Court on or about September 7, 2005, that they had agreed in principle to resolve this matter. Unfortunately, I now have been informed that the tentative settlement initially reached by the parties has failed and that the parties are now unable to resolve their differences. Under these circumstances, TNA respectfully submits that a settlement conference or mediation, either before this Court or one of the other magistrate judges, would be appropriate and helpful. In the alternative, TNA expects that this Court will wish to reset this matter for a status conference to discuss further scheduling in this matter.

                                  Respectfully submitted,

                                    Andrew A. Jones

AAJ/mlw
cc:    (via facsimile)
       Mr. Charles D. Boutwell
       Mr. Douglas A. Donnell

MKE/1077907.1

555 EAST WELLS STREET | SUITE 1900 | MILWAUKEE, WI 53202-3819 | TEL 414 273 2100 | FAX 414 223 5000 | WWW.WHDLAW.COM
OFFICES IN MILWAUKEE, MADISON AND MANITOWOC, WI