

ANDREW A. JONES
(414) 978-5445
ajones@whdlaw.com

January 19, 2006

**Via Electronic Filing**
**With Paper Copy to Follow**

Hon. William E. Callahan, Jr.
Magistrate Judge
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

      Re:    Albert Patterson v. TVN Entertainment Corporation, et al.
              Case No. 04-C-0192 (E.D. Wis.)

Dear Judge Callahan:

      Being filed electronically concurrently with this letter is the Motion of Defendant TNA Entertainment, LLC for Relief from Judgment, to Rescind Settlement Agreement, Vacate Injunction, Reinstate Action and for Sanctions, and Motion to Allow Filing of Supporting Brief Under Seal.

      The original and one copy of the Brief in Support of Defendant TNA Entertainment, LLC's Motion for Relief from Judgment, to Rescind Settlement Agreement, Vacate Injunction, Reinstate Action and for Sanctions are being filed in paper copy, under seal, marked "Request for Confidentiality Pending," along with a copy of the motion.

      By copy of this letter, we are serving copies of the motion and the brief on plaintiff, via his counsel, by regular mail.

                                             Respectfully submitted,

                                             Andrew A. Jones

AAJ/mlw
Enclosures
cc:    Mr. Charles D. Boutwell
        Mr. Douglas A. Donnell

MKE/1105387.1

555 EAST WELLS STREET | SUITE 1900 | MILWAUKEE, WI 53202-3819 | TEL 414 273 2100 | FAX 414 223 5000 | WWW.WHDLAW.COM
OFFICES IN MILWAUKEE, MADISON AND MANITOWOC, WI

Case 2:04-cv-00192-WEC   Filed 01/19/06   Page 1 of 1   Document 97