IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

_____

| | |
|---|---|
| ALBERT PATTERSON, d/b/a WORLD WRESTLING ASSOCIATION, SUPERSTARS OF WRESTLING, INC., and d/b/a W.W.A. SUPERSTARS,<br><br>        Plaintiff,<br><br>v<br><br>TNA ENTERTAINMENT, LLC,<br><br>        Defendant.<br>_____/ | Case No. 04-C-0192<br><br>MAGISTRATE JUDGE<br>WILLIAM E. CALLAHAN<br><br>**MOTION OF DEFENDANT TNA ENTERTAINMENT, LLC FOR RELIEF FROM JUDGMENT, TO RESCIND SETTLEMENT AGREEMENT, VACATE INJUNCTION, REINSTATE ACTION AND FOR SANCTIONS, AND MOTION TO ALLOW FILING OF SUPPORTING BRIEF UNDER SEAL** |
| Charles D. Boutwell<br>Boutwell Law Office<br>Attorney for Plaintiff<br>3075 Plum Island Drive<br>Northbrook, IL 60062<br>(847) 272-2126<br><br>_____/ | Douglas A. Donnell (P33187)<br>Jennifer A. Puplava (P58949)<br>Mika Meyers Beckett & Jones, PLC<br>Attorneys for Defendant TNA Entertainment<br>900 Monroe Avenue, N.W.<br>Grand Rapids, MI 49503<br>(616) 632-8000 |

      NOW COMES Defendant TNA Entertainment, LLC, by and through its attorneys, and hereby moves this Honorable Court pursuant to Fed. R. Civ. P. 60(b)(3) for an order vacating the Injunction issued with consent of the parties by this Court on December 16, 2005, vacating this Court's Order of Dismissal dated December 16, 2005, setting aside the parties' settlement agreement placed on the record with Magistrate Judge Goodstein on December 16, 2005 reinstating this action, and awarding sanctions, upon the ground that the settlement between the parties was procured by material misrepresentation of facts made by Plaintiff during the settlement discussions, all as more fully set forth in the supporting Brief filed herewith under seal. The legal and factual grounds for this Motion are described in detail in TNA's Brief and

they pertain to the Court ordered settlement mediation which occurred on December 16, 2005, and which was facilitated by Magistrate Judge Goodstein. Since that settlement mediation was intended to be confidential as indicated by Magistrate Judge Goodstein at the outset of the mediation and as indicated in this Court's Order dated November 7, 2005, Defendant TNA also moves this Court to allow filing of TNA's Brief under seal pursuant to Local Rule 79.4 so this Court can determine whether this Court, or Magistrate Judge Goodstein, or another magistrate judge, should read the Brief and decide this Motion.

    Respectfully submitted,

    MIKA MEYERS BECKETT & JONES PLC
    Attorneys for Defendant TNA Entertainment

Dated: January 19, 2006

By:    /s/ Douglas A. Donnell
    Douglas A. Donnell (P33187)
    Jennifer A. Puplava (P58949)
    900 Monroe Ave., N.W.
    Grand Rapids, MI 49503
    (616) 632-8000

H:\DAD\CLN\TNAEntertainment\motion.relief.judgment.doc
1/19/2006 2:32 PM