IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

_____

| | |
|---|---|
| ALBERT PATTERSON, d/b/a WORLD WRESTLING ASSOCIATION, SUPERSTARS OF WRESTLING, INC., and d/b/a W.W.A. SUPERSTARS,<br><br>       Plaintiff,<br><br>v<br><br>TNA ENTERTAINMENT, LLC,<br><br>       Defendant.<br>_____/ | Case No. 04-C-0192<br><br>MAGISTRATE JUDGE<br>WILLIAM E. CALLAHAN<br><br>**INDEX OF EXHIBITS TO DEFENDANT TNA'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

| | |
|---|---|
| Charles D. Boutwell<br>Boutwell Law Office<br>Attorney for Plaintiff<br>3075 Plum Island Drive<br>Northbrook, IL 60062<br>(847) 272-2126 | Douglas A. Donnell (P33187)<br>Jennifer A. Puplava (P58949)<br>Mika Meyers Beckett & Jones, PLC<br>Attorneys for Defendant TNA Entertainment<br>900 Monroe Avenue, N.W.<br>Grand Rapids, MI 49503<br>(616) 632-8000 |

_____/

| | |
|---|---|
| Exhibit A | Affidavit of Andrew Barton |
| Exhibit B | Patterson deposition Exhibits 8 and 9 (Certificates of Registration) |
| Exhibit C | Patterson deposition Exhibit 7 (State Trademark Registration Certificates and Copyright Registration) |
| Exhibit D | Patterson deposition Exhibit 2 (Plaintiff's Amended Response to Defendant Hughes Electronics Corporation's First Request to Answer Interrogatories) |
| Exhibit E | Google search results for "Wrestling Superstars" |
| Exhibit F | *Patterson v. World Wrestling Entertainment, Inc.*, 2006 U.S. Dist. LEXIS 7453 (January 31, 2006) |

| | |
|---|---|
| Exhibit G | January 22, 1993 Order, *Jones v. Titan Sports, Inc.* (E.D. Wis.) (Case No. 90-C-991) |
| Exhibit H | October 18, 1994 letter to Albert Patterson from Gary Essmann |
| Exhibit I | *Superstars of Wrestling, Inc. v. Titan Sports, Inc.,* (TTAB Cancellation No. 24,465) |
| Exhibit J | TNA Entertainment advertisements |
| Exhibit K | Excerpts from deposition of Albert Patterson |
| Exhibit L | Excerpts from deposition of Andrew Barton |