Daniel D. Fetzerley
George R. Schwerzer
Gary A. Essmann
Thomas M. Wesety
Michael E. Taken
Joseph J. Jochman, Jr.
Andrew S. McConnell
Casimir F. Laska
Peter C. Siomma
Edward R. William, Jr.
Timothy J. Ziolkowski
Mimi Claudine Thelen

SUITE 1100
100 EAST WISCONSIN AVENUE
MILWAUKEE WISCONSIN 53202-4178

Telephone: (414) 271-7590
Fax: (414) 271-5770
Telex: 26832 ANDSTARK

Erwin A. Andrus
(1904-1982)
Mard E. Scealer
(1911-1987)

Of Counsel:
Frank E. Andrus

William L. Folk
Reg. Patent Agent

October 18, 1994

Al Patterson, President
World Wrestling Association
2448 North 14th Street
Milwaukee, WI 53206

RE:    OUR REFERENCE: 1225-3 GN
        WORLD WRESTLING ASSOCIATION V. TITAN SPORTS
        CIVIL ACTION NO. 90-C-991

Dear Al:

I have received a substantial volume of paper work from Atty. Boutwell relating to the above-identified litigation and more specifically to the contempt motion that was filed by the plaintiff in this case.

I have also reviewed the stipulated settlement and the Court Order relating to that settlement.

Finally, I have reviewed Titan's trademark registrations and the correspondence between Titan and the Trademark Office relating to their applications and registrations.

While Titan may have either negligently or intentionally misrepresented its rights to "SUPERSTARS" to the United States Patent and Trademark Office it appears that they have taken steps to clear up any misrepresentations by filing an appropriate disclaimer to the word "SUPERSTARS".

The most important thing to remember, Al, is that the Court Order and the stipulated settlement allow both parties to use the word "SUPERSTARS" in conjunction with certain other words. Thus, the use of "WWF SUPERSTARS" does not violate the Court Order. Nor would an attempt to register "WWF SUPERSTARS" with the Trademark Office violate the Order.

It is clear from the Order that you also have the right to use "SUPERSTARS" alone or in conjunction with other words.

While some of Titan's activities subsequent to the entry of the Order may have violated the letter of the Order, it is obvious that the Court found that there was not a sufficient connection between the violation of the Order and Titan. In other words, any violation of the Order appeared to be caused by mistakes of third parties. It should also be noted that there is a considerable amount of evidence showing that Titan has taken rather extensive steps to guarantee that it would comply with the Order.

In conclusion, while this may not be the news you want to hear, it is our opinion that there is currently no evidence of a violation of the Court Order by Titan and thus, there is no cause of action or grounds for re-opening this case or filing new motions relating to this case.

I know that you feel that your use of "SUPERSTARS" is being impeded by Titan's continuing use of that term and registrations of marks including that term. You should be aware of the fact that you are in no way precluded from using "SUPERSTARS" and you should feel free to relate that to any third parties.

We have returned Mr. Boutwell's original file to him and we have not retained copies of any of the contents of that file.

I wish you luck in your future promotional activities and sincerely hope that the WWA will be a viable business entity in the years to come.

Very truly yours,

ANDRUS, SCEALES, STARKE & SAWALL

Gary A. Essmann

GAE:mk:01/G.1225-3

cc:   Charles Drake Boutwell, Esq. (with file)