



iN DEMAND — SEE THE HOWARD STERN FILM FESTIVAL! EXCLUSIVELY ON HOWARD TV

movies | events | listings | sports packages | about iN DEMAND | contests & special offers | search [go]
iN this month | coming soon

# TNA Wrestling: Sacrifice

**EXHIBIT J**



### about this event

| | |
|---|---|
| Genre | Event Wrestling Match |
| Running Time | 2:58 |
| Rating | TV-14 (D ,L ,V) |
| Premiere Date | Sun, Aug 14, 2005 |
| Synopsis | Every time a wrestler steps into TNA's dangerous Six-Sided Ring, he sacrifices his body in an attempt to achieve the ultimate goal - the World Heavyweight Championship. What other sacrifices will the superstars of TNA Wrestling have to make in order to survive this punishing night? TNA Wrestling presents "Sacrifice" - live, August 14, exclusively on Pay-Per-View! The new summertime wrestling tradition has arrived, featuring physical battles with "The Phenomenal" AJ Styles, Raven, "The Monster" Abyss, Jeff Jarrett, and "Fallen Angel" Christopher Daniels. Plus, wrestling superstars from Canada and Mexico! TNA Wrestling presents "Sacrifice" - live, August 14, and exclusively on Pay-Per-View! |

Click here to view upcoming showtimes

| affiliates | register / edit account | privacy policy | user agreement |

# SHOP•COM™

universal shopping cart | egifts | your account | wish list | help

**HOME** | **DEPARTMENTS** | **STORES** | **GIFTS** | **SERVICES** | **ON SALE**



DEPARTMENTS | SEARCH FOR | IN All Products 


Save up to 70% See what's on sale!



**FEATURED ITEM**

## TNA WRESTLING:BEST OF JEFF HARDY-ENIGMA

One of the most electrifying superstars in wrestling, "The Charismatic Enigma" Jeff Hardy joined TNA in 2004 as one of the hottest free agents in history. In this exclusive double disc DVD you'll get nearly four hours of the best of Jeff Hardy...

Was $39.03
**Now: $31.22**
available from
**RebateOutlet.com**

[View Product >]

You might try modifying your search term or selecting one of the department links below.

### Choose from a wide variety of Departments!

| | | | | | |
|---|---|---|---|---|---|
| Auto | Cameras & Optics | Food & Drink | Home Furnishings | Remodeling & Building | Toys & Games |
| Baby | Clothing & Accessories | Garden & Outdoors | Housewares | Shoes | Travel |
| Beauty | Collectibles | Gifts & Occasions | Jewelry & Watches | Software | Video Games |
| Books & Magazines | Computers | Health & Wellness | Music | Sports & Fitness | Videos & DVDs |
| Business | Electronics | Hobbies & Crafts | Pet Supplies | Tools & Workshop | Services |

**FEATURED AREAS**


Video Games


Hard Rock Music


Denim


Perfume



# Wrestling Caricatures



◀....TNA Information

- Home
- Mini Poll
- TNA
- Cartoons
- NEW NEWS
- Old News
- History
- Wrestlers
- Wrestler's Language
- Wrestlers Ages
- Working Wrestlers
- YOUR FAN SIGN?
- The Rumor Mill
- FAST FACTS
- WWE Drug Policy
- WAGES / EARNINGS
- Storylines / Gimmicks / Rivals
- Trivia & Tidbits
- even more trivia and facts
- Quotes & Chants
- Events
- Travel Stops
- Specialty Matches
- Nicknames
- FINISHING MOVES
- T-Shirt Slogans
- Gear Wear
- The Injured
- Superstars
- HULK HOGAN
- BRET HART
- BATISTA

**NWA TNA Tapings:**
Universal Studios
Orlando, Florida
Every Tuesday

TNA is now 3 years old

**TALENT SEARCH:**

TNA Wrestling Entertainment is seeking to add to its roster of stars by staging the "TNA Wrestling Talent Search" in Atlanta on October 8-10, 2004, held in conjunction with the GNC Show of Strength at the Cobb Galleria. TNA will hold an open contest for both male and female athletes, with winners receiving thousands of dollars in prize money, a national magazine cover shoot, an invitation to TNA's Wrestling camp, and for the big winners, contracts with the fastest-growing wrestling organization in the world!

If you are 18 years or older and would like to be the next TNA Wrestling Superstar, e-mail your contact information to davehawk1@earthlink.net Include:
Full Name
Male or Female
Age
Weight
Height
Mailing Address
Phone
Cell
E-mail

**FOR MORE INFORMATION AND UPDATES:**
Please go to the official TNA web site:
http://www.TNAwrestling.com

TNABookings.com soon will have information about how you can book the stars of TNA for your local shows or appearances.

all the hottest action is on iN DEMAND!
Alaska Wireless Cable's pay per view!

NWA-TNA series brings back a number of famous wrestlers who have been away from TV since the collapse of WCW.



Go iN the ring.
NWA-TNA Wrestling is on pay-per-view. Catch action-packed matches, featuring some of today's world wrestling superstars and up-and-comers.
Plus get ready for celebrity mega matches, every Wednesday night on pay-per-view. ....

TNA is home to a great mix of wrestling talent, from old favourites, awesome new comers.
TNA combines the classic wrestling styles and high risk manoeuvres and TNA is the one and only place to check out the exclusive wrestling style...
the X-Division.



With TNA you get great storylines, superb wrestling & nothing but pure magic...

Dennis Rodman will be making his TNA Wrestling debut on Impact!

Dennis Rodman is a controversial figure who has been unpredictable in the past both on the basketball court and in the wrestling ring. What will Rodman say and do in his TNA debut?



TEAMS FOR "AMERICAS X CUP" PAY-PER-VIEW WILL BE ANNOUNCED!
According to TNA officials, the teams representing both TNA and Mexico's AAA promotion for the huge "Americas X Cup" will be announced on Wednesday's Pay-Per-View! What X superstars will be selected from TNA? Who will be the international X-style superstars coming from AAA?

**WEDNESDAY, JULY 7**

event price: $9.95

*Replays:*

Wednesday, July 14
Wednesday, July 21
Wednesday, July 28

TO ORDER THIS EVENT...
CALL **457-3549**

NEWS
SPECIAL EVENTS
PAY PER VIEW



# NWA-TNA: Total Nonstop Action - 06/11/03



**about this event**

| | |
|---|---|
| Genre | Event Wrestling Match |
| Running Time | 1:58 |
| Rating | TV-14 (D ,L ,V) |
| Premiere Date | Wed, Jun 11, 2003 |
| Synopsis | PPV Wrestling will never be the same, as the National Wrestling Alliance continues "TNA: Total Nonstop Action" Wednesdays in June. Featuring World Wrestling Superstars and the lovely TNA Girls, all the hottest action is on iN DEMAND! Catch all your favorite wrestling superstars LIVE on iN DEMAND on Wednesday, June 4, 11, 18 and 25 at 8:00pm EST. |

Click here to view upcoming showtimes

| affiliates | register / edit account | privacy policy | user agreement |

PLAINTIFF'S EXHIBIT
Blumberg No. 5113

p://www.indemand.com/moviesandevents/viewProduct.jsp?prodId=9527&page_sectionId=2    6/2/2(

MAY

Special events available exclusively on IN1. See page 31 for or—





**LIVE!** May 3 - 8:00pm
Countdown - 7:30pm
Only **$49.95***

Super welterweight champion Oscar De La Hoya (35-2, 28 KOs) sharpens his skills against former champ Yory ... features Erik Morales in a featherweight title defense against Bobby Boy Velardez.

Time Warner Cable digital customers order through your remote control and onscreen guide. If ...
**1-800-885-4BOX (4269)**





UFC heavyweight champion Matt Hughes and rising sup— grueling training at Miletich

Time Warner C—
through your rem—
If you are n—
**1-800-**





Headlining this knockout event—
Pintoso" Pastrana and Mike "M—
Robert Daniels vs. Alex Gonza—

Featuring superstars from the National Wrestling Alliance as well as from the worlds of music and sports, the NWA's first-ever weekly series on Pay-Per-View presents wrestling entertainment as you've never seen it before.

**LIVE!** May 7, 14, 21 & 28 - 7:00pm
Only **$9.95*** Per Showing

Time Warner Cable digital customers order through your remote control and onscreen guide. If you are not a digital customer, call
**1-800-885-ACTION (2284)**

Time Warner C—
through your rem—
If you are n—
**1-800-88**

*Plus Applicable Franchise Fees and Taxes. Special Events Subject To Change Or Cancellation. Must Have Converter To Order Movies And Special Events.
Time Warner Cable makes no guarantee of the length of the boxing event or the performance of the fight.