UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ALBERT PATTERSON, d/b/a WORLD WRESTLING ASSOCIATION, d/b/a SUPERSTARS OF WRESTLING, INC. and d/b/a W.W.A. SUPERSTARS,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>TNA ENTERTAINMENT, LLC,<br><br>　　　　　　Defendant. | Case No. 04-C-0192<br><br>Magistrate Judge<br>William E. Callahan |

## AFFIDAVIT OF JENNIFER A. PUPLAVA

STATE OF MICHIGAN　　)
　　　　　　　　　　　) ss.
COUNTY OF KENT　　　 )

　　I, Jennifer A. Puplava, being duly sworn, depose and state as follows:

　　1.　Attached as Exhibit A is a true and correct copy of the Decision and Order on Defendant's Motion for Summary Judgment dated August 26, 2005.

　　2.　Attached as Exhibit B are true and correct copies of relevant portions of the deposition of Stephen D. Campbell taken June 27, 2006.

　　3.　Attached as Exhibit C are true and correct copies of relevant portions of the deposition of Andrew Barton taken July 20, 2006.

　　4.　Attached as Exhibit D is a true and correct copy of Exhibit 2 to the deposition of Andrew Barton taken July 20, 2006.

　　5.　Attached as Exhibit E is a true and correct copy of Exhibit 6 to the deposition of Andrew Barton taken July 20, 2006.

6. Attached as Exhibit F is a true and correct copy of Judge Rudolph Randa's Decision and Order and Judgment in *Patterson v World Wrestling Entertainment, Inc.* (Case No. 03-C-374).

Dated: September 1, 2006
/s/ Jennifer A. Puplava
Jennifer A. Puplava

Subscribed and sworn to before
me this 1st day of September, 2006.

/s/ Penelope Jo Romans
Penelope Jo Romans, Notary Public
Ottawa County, Michigan
Acting in Kent County, Michigan
My commission expires: 11/19/2007