UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ALBERT PATTERSON, d/b/a WORLD
WRESTLING ASSOCIATION, d/b/a
SUPERSTARS OF WRESTLING, INC.
and d/b/a W.W.A. SUPERSTARS,

    Plaintiff,

 vs.

TNA ENTERTAINMENT, LLC,

    Defendant.

Case No. 04-C-0192

Magistrate Judge
William E. Callahan

---

## AFFIDAVIT OF PAMELA J. PRICE

---

STATE OF WISCONSIN )
         )ss.
COUNTY OF MILWAUKEE)

  PAMELA J. PRICE, being first duly sworn, on oath, states as follows:

  1. I am a paralegal with the law firm of Whyte Hirschboeck Dudek S.C. and am authorized to make this affidavit on behalf of the defendant, TNA Entertainment, LLC, in support of its Bill of Costs.

  2. Attached hereto as Exhibit A is an itemization of the costs delineated in the Bill of Costs.

  3. To substantiate costs incurred, attached hereto and collectively referred to as Exhibit B are true and correct copies of payments made by the defendant, TNA Entertainment, LLC.

Dated: November 10, 2006    s/ Pamela J. Price
                PAMELA J. PRICE

Subscribed and sworn to before me
this 10th day of November, 2006.

 s/ Andrew A. Jones
Notary Public State of Wisconsin
My Commission is Permanent