FEES OF THE COURT REPORTER FOR ALL OR ANY
PART OF THE TRANSCRIPT NECESSARILY OBTAINED FOR USE IN THE CASE

| Date | Deponent | Amount |
|---|---|---|
| 09/15/04 | Frank Romano | $ 178.40 |
| 06/20/06 | Albert Patterson | 1,242.55 |
| 06/27/06 | Thomas O'Neil and Stephen Campbell | 578.76 |
| 07/20/06 | Andrew Barton and Jeff Jarrett | 397.00 |
| | **TOTAL:** | **$2,396.71** |

FEES FOR EXEMPLIFICATION AND COPIES OF
PAPERS NECESSARILY OBTAINED FOR USE IN THE CASE

COPIES OF DOCUMENTS FILED WITH THE
COURT AND OPPOSING PARTY

| | |
|---|---|
| Defendant's Motion to Dismiss For Lack of Personal Jurisdiction (2 pgs. x 3 x .10) | $ .60 |
| Brief in Support of Defendant's Motion to Dismiss For Lack of Personal Jurisdiction (19 pgs. x 3 x .10) | 5.70 |
| Affidavit of Frank Romano in support of defendant's motion to dismiss for lack of personal jurisdiction (3 pgs. x 3 x .10) | .90 |
| Certificate of Interest (2 pgs. x 3 x .10) | .60 |
| Defendant's Consent to Proceed Before a U.S. Magistrate Judge (1 pg. x 3 x .10) | .30 |
| Defendant's Response to Plaintiff's Motion For Limited Discovery (9 pgs. x 3 x .10) | 2.70 |

| | |
|---|---:|
| Supplemental Affidavit of Frank Romano in support of defendant's response to plaintiff's motion for limited discovery<br>(3 pgs. x 3 x .10) | .90 |
| Certificate of Service<br>(2 pgs. x 3 x .10) | .60 |
| Defendant's Motion to Adjourn Hearing on Plaintiff's Motion For Limited Discovery<br>(3 pgs. x 3 x .10) | .90 |
| Order regarding plaintiff's motion for limited discovery<br>(2 pgs. x 3 x .10) | .60 |
| Defendant's Reply Brief in Support of Motion to Dismiss<br>(12 pgs. x 3 x .10) | 3.60 |
| Certificate of Service<br>(2 pgs. x 3 x .10) | .60 |
| Affidavit of Frank Romano in further support of motion to dismiss<br>(17 pgs. x 3 x .10) | 5.10 |
| Answer to First Amended Complaint<br>(8 pgs. x 3 x .10) | 2.40 |
| Defendant's Expert Witness Disclosure<br>(3 pgs. x 3 x .10) | .90 |
| Certificate of Service<br>(1 pg. x 3 x .10) | .30 |
| Defendant's Motion For Summary Judgment Under Fed.R.Civ.P. 56(B)<br>(2 pgs. x 3 x .10) | .60 |
| Declaration of Neil P. Jansen in support of defendant's motion for summary judgment under Fed.R.Civ.P. 56(B)<br>(25 pgs. x 3 x .10) | 7.50 |
| Defendant's Brief in Support of Motion For Summary Judgment Under Fed.R.Civ.P. 56(B)<br>(6 pgs. x 3 x .10) | 1.80 |

| | |
|---|---:|
| Defendant's Proposed Findings of Fact in Support of Motion For Summary Judgment Under Fed.R.Civ.P. 56(B) (2 pgs. x 3 x .10) | .60 |
| Certificate of Service (1 pg. x 3 x .10) | .30 |
| Stipulation and Order to Amend Briefing Schedule (2 pgs. x 3 x .10) | .60 |
| Certificate of Service (1 pg. x 3 x .10) | .30 |
| Defendant's Response to Plaintiff's Statement of Facts in Opposition to Defendant's Motion For Summary Judgment (76 pgs. x 3 x .10) | 22.80 |
| Defendant's Reply Brief in Support of Its Motion For Summary Judgment (8 pgs. x 3 x .10) | 2.40 |
| Declaration of Andrew A. Jones in support of defendant's motion for summary judgment (4 pgs. x 3 x .10) | 1.20 |
| Certificate of Service (1 pg. x 3 x .10) | .30 |
| Letter to Judge Callahan confirming the settlement of the action (1 pg. x 3 x .10) | .30 |
| Letter to Judge Callahan informing the court that the case has not settled and requesting a status conference (1 pg. x 3 x .10) | .30 |
| Offer of Judgment (2 pgs. x 3 x .10) | .60 |
| Certificate of Service (1 pg. x 3 x .10) | .30 |
| Injunction Order (2 pgs. x 3 x .10) | .60 |
| Order of Dismissal (1 pg. x 3 x .10) | .30 |

```
Defendant's Motion For Relief From
Judgment, to Rescind Settlement
Agreement, Vacate Injunction,
Reinstate Action and For Sanctions,
and Motion to Allow Filing of
Supporting Brief Under Seal
(2 pgs. x 3 x .10)                              .60

Defendant's Brief in Support of
Motion For Relief From Judgment,
To Rescind Settlement Agreement,
Vacate Injunction, Reinstate
Action and For Sanctions
(56 pgs. x 3 x .10)                           16.80

Certificate of Service
(1 pg. x 3 x .10)                               .30

Defendant's Reply Brief in Support of
Motion For Relief From Judgment,
To Rescind Settlement Agreement,
Vacate Injunction, Reinstate
Action and For Sanctions
(6 pgs. x 3 x .10)                             1.80

Certificate of Service
(1 pg. x 3 x .10)                               .30

Defendant's Motion For Summary
Judgment
(2 pgs. x 3 x .10)                              .60

Defendant's Proposed Findings of Fact
In Support of Motion For Summary
Judgment
(13 pgs. x 3 x .10)                            3.90

Defendant's Brief in Support of Motion
For Summary Judgment
(190 pgs. x 3 x .10)                          57.00

Defendant's Response to Plaintiff's
Motion For Leave to Amend His Responses
to Defendant's Request to Admit Instanter
(12 pgs. x 3 x .10)                            3.60

Certificate of Service
(1 pg. x 3 x .10)                               .30
```

| | |
|---|---:|
| Affidavit of Jennifer A. Puplava supporting defendant's response to plaintiff's motion for leave to amend his responses to defendant's request to admit instanter (50 pgs. x 3 x .10) | 15.00 |
| Defendant's Response to Plaintiff's Statement of Uncontested Facts in Support of His Motion For Partial Summary Judgment (9 pgs. x 3 x .10) | 2.70 |
| Defendant's Brief in Opposition to Plaintiff's Motion For Partial Summary Judgment (18 pgs. x 3 x .10) | 5.40 |
| Affidavit of Jennifer A. Puplava in opposition to plaintiff's motion for partial summary judgment (105 pgs. x 3 x .10) | 31.50 |
| Defendant's Motion Requesting Filing Under Seal (2 pgs. x 3 x .10) | .60 |
| Affidavit of Dean Broadhead in opposition to plaintiff's motion for partial summary judgment (2 pgs. x 3 x .10) | .60 |
| Certificate of Service (1 pg. x 3 x .10) | .30 |
| Defendant's Reply Brief in Support of Its Motion For Summary Judgment (13 pgs. x 3 x .10) | 3.90 |
| Affidavit of Jennifer A. Puplava in further support of defendant's motion for partial summary judgment (102 pgs. x 3 x .10) | 30.60 |
| Defendant's Response to Plaintiff's Statement of Facts in Opposition to Defendant's Motion For Summary Judgment (55 pgs. x 3 x .10) | 16.50 |

```
                    Defendant's Reply to Plaintiff's
                    Response to Defendant's Statement of
                    Uncontested Facts in Support of Its
                    Motion For Summary Judgment
                    (38 pgs. x 3 x .10)                    11.40

                                          TOTAL:      $271.20
```