459

**P.O. Box 2002**
**Grand Rapids, Michigan 49501-2002**
**(800) 234-2044**



gls **Great Lakes Shorthand**
*A Nationwide Network of Court Reporters*

**BILL TO**

Mr. Douglas A. Donnell
Mika, Meyers, Beckett & Jones
900 Monroe, N.W.
Grand Rapids, MI 49503

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/24/2004 | 14473 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| | |

Case: Albert Patterson, et al vs. TVN Entertainment Corporation, et al

Copy of deposition testimony regarding the above-entitled matter.

Deponent: Frank Romano
Date of Deposition: 9/15/04
Reporter: LH

SECOND BILLING
Resubmitted 11/24/04

178.40

TNA

Client/Matter Number to be charged: 32141-27043
Description for client bill: Romano transcript
General Ledger Account Number:
Authorization Initials: DAD:slb
Date Authorized: 12/13/04

To be completed by accounting dept.
Date Paid: 12-21-04
Paid by: 24
Check Number: 164411

Terms: Net 30 days. Finance charges of 1-1/2% per month will be added on all past due balances.

Our Tax I.D. is 38-3044972.

| **Total** | **$178.40** |
|-----------|-------------|

**EXHIBIT "B"**

DEC 0 7 2004



## GRAMANN REPORTING limited

710 North Pl~~a~~ ~~n~~ton
Suite 7,
Milwaukee, WI 53203
Phone 414.272.7878
Fax 414.272.1806

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 149580 | 06/28/2006 | 01-73330 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/20/2006 | SCHUKE | 04C0192 |

| CASE CAPTION |
|---|
| Patterson vs TNA Entertainment |

| TERMS |
|---|
| Net 30 |

Mr. Douglas A. Donnell
Mika Meyers Beckett & Jones, PLC
900 Monroe Avenue NW
Grand Rapids, MI 49503-1423

```
ORIGINAL AND 1 COPY OF THE TRANSCRIPT OF:
  Albert Patterson
        EXHIBITS                      212 Pages           1,091.80
        REPORTER ATTENDANCE           118 Pages              29.50
        Word/WordPerfect                                    100.00
        Priority Mail & Handling                             10.00
                                                             11.25
                                                        _____
                            TOTAL   DUE   >>>>            1,242.55

                          AFTER 08/27/2006 PAY            1,304.68

Your business is appreciated!  Thank you.
```

TAX ID NO.: 39-1582838

(616) 632-8000    Fax (616) 632-8002

*Please detach bottom portion and return with payment.*

Mr. Douglas A. Donnell
Mika Meyers Beckett & Jones, PLC
900 Monroe Avenue NW
Grand Rapids, MI 49503-1423

```
Invoice No.:  149580
Date      :  06/28/2006
TOTAL DUE :   1,242.55
AFTER 8/27/2006 PAY :  1,304.68


Job No.   :  01-73330
Case No.  :  04C0192
Patterson vs TNA Entertainment
Reporter  :  SCHUKE
```

Remit To:    Gramann Reporting, Ltd.
             710 North Plankinton
             Suite 710
             Milwaukee, WI 53203

Continental Court Reporters, Inc.
900 Adolphus Tower
1412 Main Street
Dallas, TX 75202-4026
(214) 742-4949   Fax (214) 742-2510

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 125718 | 07/17/2006 | 02-46897 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/27/2006 | SKURDA | 04V0192 |

| CASE CAPTION |
|---|
| Albert Patterson, et al. vs. TNA Entertainment, LLC |

| TERMS |
|---|
| Due upon receipt |

Douglas A. Donnell
Mika, Meyers, Beckett & Jones
900 Monroe Avenue NW
Grand Rapids, MI 49503-1423

32141-
27043

```
1 CERTIFIED COPY OF TRANSCRIPT OF:                                    367.32
  Thomas O'Neil

1 CERTIFIED COPY OF TRANSCRIPT OF:                                    211.44
  Stephen D. Campbell

                                        TOTAL  DUE  >>>>             578.76
                                   AFTER 08/16/2006 PAY              613.49

**We now take credit cards!! To arrange for payment
by credit card, please call our Receivables Department.**

********** T H A N K   Y O U!  **********
**********  www.texasdepos.com  **********
```

TAX ID NO.:  76-0326397

(616) 632-8000    Fax  (616) 632-8002

*Please detach bottom portion and return with payment.*

# Brentwood Court Reporting Services

1231 Limerick Lane
Franklin, TN 37067
(615) 791-6983 Phone   (615) 790-5547 Fax
Tax ID: 20-3957062

August 3, 2006

Douglas A. Donnell
Mika, Meyers, Beckett & Jones
900 Monroe Avenue, NW
Grand Rapids, MI 49503

<div style="border:1px solid">

**Invoice Number
329**

</div>

**Re:**  Case No. 04-C-0192
Patterson, et al. vs. TNA Entertainment, LLC
Taken:  07/20/06

Description of Services

Copy-Andrew Barton

Copy-Jeff Jarrett

**Invoice total:**          **$397.00**

Court Reporter:  Tammy K. Benefield, RPR, CCR

Payment due upon receipt.  Thank you.



